# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 24, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147015

DARRIN JOHNSON,

      Plaintiff,

v

                                             SC: 147015
                                             AGC: 0251-10

ATTORNEY GRIEVANCE COMMISSION,

      Defendant.
_____

      On order of the Chief Justice, plaintiff having failed to pay the partial filing fee as required by the order of May 1, 2013, the Clerk of the Court is hereby directed to close this file.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 24, 2013

jam

Clerk